# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| COUNTRY PREFERRED INSURANCE COMPANY, | CASE NO. 18-5439 RJB |
| Plaintiff, | MINUTE ORDER |
| v. | |
| PATRICK TRICE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, United States District Judge Robert J. Bryan:

On June 1, 2018, Plaintiff Country Preferred Insurance Company filed this case, seeking declaratory relief regarding allegedly fraudulent insurance claims made by Defendant Trice. Dkt. 1. The Joint Status Report ("JSR") was due on September 24, 2018. On September 24, 2018, the Plaintiff filed a Status Report and Plaintiff's Proposed Briefing Schedule. Dkt. 8. In this report, the Plaintiff states that after several attempts, the Defendant was served on September 9, 2018. Dkt. 8. The Defendant has not yet appeared, answered or otherwise responded. The

MINUTE ORDER - 1

Plaintiff's Status Report and Plaintiff's Proposed Briefing Schedule will be construed as a motion for extension of the JSR deadline. The motion is granted and the JSR deadline is **RESET** to **November 5, 2018**.

Dated this 25th day of September, 2018.

The foregoing Minute Order authorized by THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.